UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                          Chapter 11

Shefa, LLC,                                                     Case No. 14-42812

        Debtor.                                              Hon. Phillip J. Shefferly
_____/

**ORDER (1) SUSTAINING IN PART
DEBTOR'S OBJECTION TO PROOF OF CLAIM;
(2) DENYING CONFIRMATION OF DEBTOR'S
PLAN OF REORGANIZATION; AND (3) GRANTING
MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

On January 20, 2015, the Court issued an Opinion (1) Sustaining in Part Debtor's Objection to Proof of Claim; (2) Denying Confirmation of Debtor's Plan of Reorganization; and (3) Granting Motion for Relief from the Automatic Stay ("Opinion") (ECF No. 78). For the reasons set forth in the Opinion, all of which are incorporated herein,

**IT IS HEREBY ORDERED** that the Debtor's objection (ECF No. 33) to proof of claim no. 1 filed by the Oakland County Treasurer is sustained in part. Pursuant to § 502(b)(3) of the Bankruptcy Code, $1,226,781.57 of proof of claim no. 1 is disallowed. The remainder of proof of claim no. 1 is allowed in the amount of $2,560,198.12, of which $690,000.00 is allowed as a secured claim, and $1,870,198.12 is allowed as a non-priority unsecured claim.

**IT IS FURTHER ORDERED** that confirmation of the Debtor's combined plan of reorganization and disclosure statement (ECF No. 25) is denied.

**IT IS FURTHER ORDERED** that the Oakland County Treasurer's motion for relief from the automatic stay (ECF No. 24) is granted, and the automatic stay of § 362(a) of the Bankruptcy Code is lifted for all purposes with respect to the Oakland County Treasurer.

.

```
Signed on January 20, 2015
                                        /s/ Phillip J. Shefferly
                                       Phillip J. Shefferly
                                       United States Bankruptcy Judge
```